# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ERIKA WOOLEY, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACRISURE, LLC,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01293-RJJ-SJB |

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ERIKA WOOLEY, hereby gives notice that her claims in this action against Defendant ACRISURE, LLC are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 15, 2024　　　　By: */s/ Nick Suciu*
　　　　　　　　　　　　　　　　　Nick Suciu
　　　　　　　　　　　　　　　　　MILBERG COLEMAN BRYSON
　　　　　　　　　　　　　　　　　PHILLIPS GROSSMAN LLC
　　　　　　　　　　　　　　　　　6905 Telegraph Rd., Suite 115
　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48301
　　　　　　　　　　　　　　　　　Telephone: (313) 303-3472
　　　　　　　　　　　　　　　　　nsuciu@milberg.com

　　　　　　　　　　　　　　　　　Raina C. Borrelli (*pro hac vice*)
　　　　　　　　　　　　　　　　　TURKE & STRAUSS LLP
　　　　　　　　　　　　　　　　　613 Williamson St., Suite 201
　　　　　　　　　　　　　　　　　Madison, WI 53703
　　　　　　　　　　　　　　　　　Telephone (608) 237-1775
　　　　　　　　　　　　　　　　　Facsimile: (608) 509-4423
　　　　　　　　　　　　　　　　　raina@turkestrauss.com

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I, Nick Suciu, hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 15th day of February, 2024.

                              MILBERG COLEMAN BRYSON
                              PHILLIPS GROSSMAN LLC,

                              By: */s/ Nick Suciu*
                                    Nick Suciu
                                    MILBERG COLEMAN BRYSON
                                    PHILLIPS GROSSMAN LLC
                                    6905 Telegraph Rd., Suite 115
                                    Bloomfield Hills, MI 48301
                                    Telephone: (313) 303-3472
                                    nsuciu@milberg.com